BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TRENT THOMAS SMITH, ) | |
| ) | |
|     Plaintiff, ) | Civil No. 2:10-cv-01979 GGH |
| ) | |
| v. ) | STIPULATION FOR EXTENSION AND |
| ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment [Docket No. 11].

//

//

//

1

Because this matter was recently reassigned to new counsel for Defendant, additional time is needed for the Commissioner's new counsel to review the case and draft a responsive pleading. The current due date is January 10, 2011. The new due date will be February 9, 2011.

Respectfully submitted,

Date:   *January 4, 2011*              */s/John Vincent Johnson*
                                        (*As agreed via telephone*)
                                        JOHN VINCENT JOHNSON
                                        Attorney at Law

Attorney for Plaintiff

Date:   *January 5, 2011*              BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

BY:   */s/ Francesco P. Benavides*
        FRANCESCO P. BENAVIDES
        Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: January 6, 2011              /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Smith.eot

2