BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| TRENT THOMAS SMITH, ) | |
| ) | |
|     Plaintiff, ) | Civil No. 2:10-cv-01979 GGH |
| ) | |
|     v. ) | **STIPULATION TO VOLUNTARY** |
| ) | **REMAND AND PURSUANT TO SENTENCE** |
| ) | **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| MICHAEL J. ASTRUE, ) | **ENTRY OF JUDGMENT;** |
| Commissioner of ) | **ORDER** |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to evaluate the opinion of the examining physician, Allen Hassan, M.D., and explain the weight given to it.  Furthermore, the ALJ will be directed to reconsider the disability rating determined by the Department of Veterans' Affairs.  Finally, the ALJ will obtain testimony from a vocational expert (VE) to identify jobs available in the national

economy that can be performed by Plaintiff despite his assessed limitations, and resolve any conflicts between the VE's testimony and information in the Dictionary of Occupational Titles, pursuant to Social Security Ruling 00-4p.

                                                Respectfully submitted,

Date:   *January 21, 2011*            */s/John Vincent Johnson*
                                         (*As agreed via telephone on January 14, 2011*)
                                         JOHN VINCENT JOHNSON
                                         Attorney at Law

                                         Attorney for Plaintiff

Date:   *January 21, 2011*            BENJAMIN B. WAGNER
                                         United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                              BY:    */s/ Francesco P. Benavides*
                                         FRANCESCO P. BENAVIDES
                                         Special Assistant United States Attorney

                                         Attorneys for Defendant

                                                <u>ORDER</u>

     APPROVED AND SO ORDERED.

DATED: January 25, 2011            /s/ Gregory G. Hollows
                                         _____
                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

Smith1979.remand